UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD J. HARLEY,** | : | |
| Petitioner | : | CIVIL ACTION NO. 3:13-1430 |
| v. | : | (JUDGE MANNION) |
| **NORTHSLOPE III OWNERS, ASSOCIATION, et al.,** | : | |
| | : | |
| Respondents | | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a Certificate of Appealability. See 28 U.S.C. §2253(c).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: October 31, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-1430-01-ORDER.wpd

1